# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043   For payments Only:
**Trustee**           Facsimile: (518) 449-2473    P.O Box 1918
**Bonnie Baker, Esq.**                             Memphis, TN 38101-1918
**Assoc. Attorney**

November 16, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   05-10452           Paul D. Witko

To Whom It May Concern:

    Enclosed please find check #810763 in the amount of $54.43. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.       8

    Account#        4305872670030788

    Creditor        Chase Manhattan Bk (USA)
                   Bankruptcy Department
                   POB 52176
                   Phoenix, AZ 85072

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli